IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:14CR214 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| RUEBEN BELL, | ) | |
| | ) | |
| Defendant. | ) | <u>JOURNAL ENTRY</u> |
| | ) | |

This matter came on to be heard upon the petition of Vasile C. Katsaros, Assistant United States Attorney for the Northern District of Ohio, for a Writ of Habeas Corpus Ad Prosequendum directed to the Warden, Lake Erie Correctional Institution, Conneaut, Ohio, and/or the United States Marshal at Cleveland, Ohio or their designee, and/or FBI.  The Court, being fully advised in the said matter, finds that the said Rueben Bell, is detained in the Lake Erie Correctional Institution, Youngstown, Ohio under the custody of said Warden.

The Court further finds that the said United States desires to proceed to a revocation hearing of the defendant on a supervised release violation charging a violation of Title 18, United States Code, Section 3583, at Cleveland, Ohio, before the Honorable Judge James S. Gwin on Thursday, May 26th, 2022, at 9:00 a.m., and to other court proceedings relating to such Indictment as this Court may deem proper.

THEREFORE, upon consideration thereof, IT IS ORDERED, ADJUDGED and DECREED that the said Writ of Habeas Corpus Ad Prosequendum issue and that the said Writ

be delivered to the United States Marshal at Cleveland, Ohio or their designee, and/or FBI.

*[signature]*
JAMES S. GWIN
UNITED STATES MAGISTRATE JUDGE