IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 14-cr-214-13 |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| vs. | ) | ORDER |
| RUEBEN TYRONE BELL, | ) | |
| Defendant. | ) | |

This matter was heard on May 26, 2022 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Counsel Ivey. The defendant knowingly and voluntarily waived his right to preliminary hearing and admitted to violating the terms of his supervision. Upon defendant's admission, the Court found that the following term(s) of supervision had been violated:

    1) New Criminal Conviction

The Court found the violations to be Grade B and that defendant was a Criminal History Category VI.

The Court orders the defendant to time served in State Custody and orders his State sentence to run concurrent with his Federal sentence. Upon release from custody, the Court will impose a term of supervision of 2 additional years, under the same conditions as

previously issued.

    **IT IS SO ORDERED.**

Dated: May 26, 2022                          *s/ James S. Gwin*

                                                         JAMES S. GWIN
                                                         UNITED STATES DISTRICT JUDGE