IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:14-cr-214-13 |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| vs. | ) | ORDER |
| RUEBEN TYRONE BELL, | ) | |
| Defendant. | ) | |

This matter was heard on July 31, 2024 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Counsel Grostic. The defendant knowingly and voluntarily waived his right to preliminary hearing and admitted to violating two of the terms of his supervision. The defendant contested violating two other terms of his supervision however, upon the conclusion of a preliminary hearing the Court found a preponderance of the evidence supported the alleged violations. Upon both the defendant's admission and the Court's finding, the Court found that the following term(s) of supervision had been violated:

      1) Failure to Comply with Substance Abuse Treatment and Testing

      2) Illicit Drug Use

      3) Alleged New Law Violation

      4) Failure to Comply with Probation Officer's Instruction

The Court found the violations to be Grade C and that defendant was a Criminal History Category VI.

The Court orders the defendant to a term of custody of three (3) months. Upon release, the defendant's term of supervised release will be terminated.

The defendant is permitted to self-report and the Court orders him to surrender to the U.S. Marshal Office in Cleveland on August 13, 2024 at 12:00 P.M.

IT IS SO ORDERED.

Dated: July 31, 2024                      _s/   James S. Gwin_

                                             JAMES S. GWIN
                                             UNITED STATES DISTRICT JUDGE