Docket #: 1:14CR00214-013

The Court denies the motion to amend
s/ James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

Judge James Gwin,

FILED
AUG 23 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

On 7/31/2024, you sentenced me to 90 days in jail with probation terminated. I am writing to ask you to consider modification of that sentence to house arrest, home confinement, or placement in a half-way house, for the following reasons:

1.) A half-way house or home confinement will give me access to resources to help me better transition back into society. Very few (if any) such resources exist at NEOCC.

2) My job at Blackfork doing voter registration will be experiencing its busiest time of the year the next 3 months and being able to work hard is something I offer them, if I am allowed through the half-way house/home confinement.

3) My Grandmother currently has dementia. I have been working on getting her medical care and supervision that she needs. Time constraints and resources being limited make this very difficult for me where I am currently being held.

4.) I have a 4-month old newborn baby which I can help support in several more ways from a home confinement or half-way house situation which would be much closer to home (such as the Orienna House in Cleveland 44103).